■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARVIN DEVONISH, Appellant. [608 NYS2d 834] —Judgment, Supreme Court, Bronx County (George Covington, J.), rendered June 11, 1992, convicting defendant, after a jury trial, of two

counts of robbery in the first degree, and sentencing him to concurrent terms of 12½ to 25 years, unanimously affirmed.

Defendant's claim that the court's *Sandoval* ruling allowing inquiry concerning a prior conviction was an abuse of discretion is unpreserved for review as a matter of law, no objection thereto having been taken *(see, People v Brown,* 195 AD2d 419, *lv denied* 82 NY2d 804), and we decline to review the issue in the interest of justice. Concur—Murphy, P. J., Sullivan, Rosenberger and Wallach, JJ.